# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN SIMMONS,** individually, | Case No. 2:19-cv-11529 |
| Plaintiff, | |
| v. | Judge Carl J. Barbier |
| **TRUNK PROPERTIES, LLC,** a domestic limited liability company, | Magistrate Judge Joseph C. Wilkinson Jr. |
| Defendant. | |

### ORDER

Considering Plaintiff's *Exparte/Consent Motion to Dismiss without Prejudice* **(Rec. Doc. 10)**:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the above entitled matter is dismissed without prejudice, each party to bear its own costs of court.

New Orleans, Louisiana, this 8th day of November, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE